**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARVIN BERNSTEIN, Director,
Mental Hygiene Legal Service,
First Judicial Department, and
MICHAEL B., EUGENE C., and
EDDIE L., patients at Kirby Forensic
Psychiatric Facility, on behalf of themselves
and on behalf of all others similarly situated,

                        Plaintiffs,

       -v-

GEORGE E. PATAKI, in his official capacity as
Governor of the State of New York,
SHARON CARPINELLO, in her official capacity
as Commissioner of the
New York State Office of Mental Health,
and EILEEN CONSILVIO,
in her official capacity as Director of Kirby
Forensic Psychiatric Facility,

                        Defendants.
------------------------------------------------------------------X

**AFFIDAVIT OF
SERVICE**

Case No. 05CV1322 (GEL)

STATE OF NEW YORK, COUNTY OF NEW YORK       ss:

     I Laticia Johnson, being sworn, say:  I am not a party to the action, am over 18 years

of age and reside at 436 Sterling Place, Brooklyn, New York.  On February 4, 2005, I

served the within Summons and Complaint by certified mail with return receipt to each of

the following persons at the last known address set forth after each name below, by

depositing a true copy thereof enclosed in a wrapper addressed as shown below into the

custody of the U.S. Postal Service within New York State.


Sharon E. Carpinello, Acting Commissioner

Office of Mental Health
44 Holland Avenue
Albany, NY 12229

George E. Pataki, Governor
The Executive Chamber
Capitol
Albany, NY 12224

Eileen Consilvio, Executive Director
Kirby Forensic Psychiatric Facility
600 East 125th Street
Wards Island, NY 10035

On February 4, 2005, I also personally served the state by delivering a copy of these

documents to an Assistant Attorney General at:

ELIOT SPITZER, Attorney General of the State of New York
120 Broadway, 24th Floor
New York, NY 10271

Sworn to before me on    2/4    2005            S/Laticia        Johnson
_____                                        LATICIA JOHNSON
_____    S/Notary