UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

| | |
|---|---|
| MARVIN BERNSTEIN, Director, Mental Hygiene Legal Service, First Judicial Department, and MICHAEL B., EUGENE C., and EDDIE L., patients at Kirby Forensic Psychiatric Facility, on behalf of themselves and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>- against -<br><br>GEORGE E. PATAKI, in his official capacity as Governor of the State of New York, SHARON CARPINELLO, in her official capacity as Commissioner of the New York State Office of Mental Health, and EILEEN CONSILVIO, in her official capacity as Director of Kirby Forensic Psychiatric Facility,<br><br>                      Defendants. | **NOTICE OF APPEARANCE**<br><br>Docket Number 05-CV-1322 (GEL) (THK) |

      PLEASE TAKE NOTICE that the undersigned appears in this action on behalf of the defendants.

Dated: New York, New York
       March 3, 2005

                                      ELIOT SPITZER
                                      Attorney General of the State
                                       of New York
                                      <u>Attorney for Defendants</u>
                                      By:
                                      _____
                                      EDWARD J. CURTIS, JR. (2121)
                                      Assistant Attorney General
                                      120 Broadway, 24th Floor
                                      New York, New York 10271
                                      (212) 416-8641

MARVIN BERNSTEIN
Director, Mental Hygiene Legal
 Service, First Department
 (Sadie Zea Ishee, of Counsel)
<u>Attorneys for Plaintiffs</u>
60 Madison Avenue, 2d Floor
New York, New York 10010
(212) 779-1734