**MEMO ENDORSED**

CYM 14,5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN BERNSTEIN, Director, Mental Hygiene Legal Service, First Judicial Department, and MICHAEL B., EUGENE C., and EDDIE L., patients at Kirby Forensic Psychiatric Facility, on behalf of themselves and on behalf of all others similarly situated,

Plaintiffs,

- against -

GEORGE E. PATAKI, in his official capacity as Governor of the State of New York, SHARON CARPINELLO, in her official capacity as Commissioner of the New York State Office of Mental Health, and EILEEN CONSILVIO, in her official capacity as Director of Kirby Forensic Psychiatric Facility,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 3/9/05

**STIPULATION**

Docket Number
05-CV-1322
(GEL) (THK)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the parties herein, that the defendants' time to answer, move, or otherwise respond to the Complaint is extended up to and including March 23, 2005.

Dated: New York, New York
       March 1, 2005

MARVIN BERNSTEIN
Director, Mental Hygiene Legal
  Service, First Department
Attorneys for Plaintiff
By:
_____
SADIE ZEA ISHEE (9540)
60 Madison Avenue, 2d Floor
New York, New York 10010
(212) 779-1734

ELIOT SPITZER
Attorney General of the State
  of New York
Attorney for Defendants
By:
_____
EDWARD J. CURTIS, JR. (2121)
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8641

SO ORDERED
_____
U. S. D. J.
3/7/05