UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVIN BERNSTEIN, Director, Mental Hygiene Legal Service, First Judicial Department, and MICHAEL B., EUGENE C., and EDDIE L., patients at Kirby Forensic Psychiatric Facility, on behalf of themselves and on behalf of all others similarly situated,

                             Plaintiffs,

- against -

GEORGE E. PATAKI, in his official capacity as Governor of the State of New York, SHARON CARPINELLO, in her official capacity as Commissioner of the New York State Office of Mental Health, and EILEEN CONSILVIO, in her official capacity as Director of Kirby Forensic Psychiatric Facility,

                             Defendants.

---

**NOTICE OF APPEARANCE**

Docket Number
05-CV-1322
(GEL) (THK)

PLEASE TAKE NOTICE that the undersigned appears in this action on behalf of the defendants.

Dated: New York, New York
       March 23, 2005

                                      ELIOT SPITZER
                                      Attorney General of the State
                                       of New York
                                      Attorney for Defendants
                                      By:
                                         S/
                                      JAMILA A. BERRIDGE (JB 9065)
                                      Assistant Attorney General
                                      120 Broadway, 24th Floor
                                      New York, New York 10271
                                      (212) 416-8534

MARVIN BERNSTEIN
Director, Mental Hygiene Legal
 Service, First Department
 (Sadie Zea Ishee, of Counsel)
Attorneys for Plaintiffs
60 Madison Avenue, 2d Floor
New York, New York 10010
(212) 779-1734