UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN BERNSTEIN, Director, Mental Hygiene Legal Service, First Judicial Department, and MICHAEL B., EUGENE C., and EDDIE L., patients at Kirby Forensic Psychiatric Facility, on behalf of themselves and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>   - against -<br><br>GEORGE E. PATAKI, in his official capacity as Governor of the State of New York, SHARON CARPINELLO, in her official capacity as Commissioner of the New York State Office of Mental Health, and EILEEN CONSILVIO, in her official capacity as Director of Kirby Forensic Psychiatric Facility,<br><br>         Defendants. | **NOTICE OF MOTION**<br><br>Docket Number 05-CV-1322 (GEL) (THK) |

   PLEASE TAKE NOTICE that, upon the Complaint dated February 3, 2005, the accompanying memorandum of law, and all prior pleadings and proceedings herein, the undersigned will move this Court, on a date to be determined by this Court, at the Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure dismissing this action on the ground that it fails to state a claim upon which relief can be granted, and for such other and further relief as this Court may deem just and proper.

   PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1 (b) of the Local Rules of the United States District Courts

for the Southern and Eastern Districts of New York, answering memoranda shall be served by April 6, 2005.

Dated: New York, New York
       March 23, 2005

                                          ELIOT SPITZER
                                          Attorney General of the State
                                           of New York
                                          <u>Attorney for Defendants</u>
                                          By:
                                          _____
                                          EDWARD J. CURTIS, JR. (2121)
                                          Assistant Attorney General
                                          120 Broadway, 24th Floor
                                          New York, New York 10271
                                          (212) 416-8641

MARVIN BERNSTEIN
Director, Mental Hygiene Legal
 Service, First Department
 (Stephen J. Harkavy, Sadie
 Zea Ishee, of Counsel)
<u>Attorneys for Plaintiffs</u>
60 Madison Avenue, 2d Floor
New York, New York 10010
(212) 779-1734

Docket No. 05-CV-1322 (GEL)(THK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN BERNSTEIN, Director, Mental Hygiene Legal Service, First Judicial Department, and MICHAEL B., EUGENE C., and EDDIE L., patients at Kirby Forensic Psychiatric Facility, on behalf of themselves and on behalf of all others similarly situated,

                Plaintiffs,

- against -

GEORGE E. PATAKI, in his official capacity as Governor of the State of New York, SHARON CARPINELLO, in her official capacity as Commissioner of the New York State Office of Mental Health, and EILEEN CONSILVIO, in her official capacity as Director of Kirby Forensic Psychiatric Facility,

                Defendants.

**NOTICE OF MOTION**

ELIOT SPITZER
Attorney General of the State of New York

*ATTORNEY FOR DEFENDANTS*
**BY:** EDWARD J. CURTIS, JR.
Assistant Attorney General
120 Broadway, 24TH Floor
New York, New York 10271
(212) 416 - 8641

*Personal Service of a copy of the within is admitted this*

_____ day of _____ 2005