UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARVIN BERNSTEIN, Director,                            :
Mental Hygiene Legal Service,                          :
First Judicial Department, and                         :
MICHAEL B., EUGENE C., and                             :
EDDIE L., patients at Kirby Forensic                   :
Psychiatric Facility, on behalf of themselves          :
and on behalf  of all others                           :
similarly situated,                                    :
                          Plaintiffs,                  :          **NOTICE OF APPEARANCE**
              -v.-                                     :          05 Civ. 1322 (GEL)(THK)
                                                       :
GEORGE E. PATAKI, in his official capacity as          :
Governor of the State of New York,                     :
SHARON CARPINELLO, in her official capacity            :
 as Commissioner of the                                :
New York State Office of Mental Health,                :
and EILEEN CONSILVIO,                                  :
in her official capacity as Director of Kirby          :
Forensic Psychiatric Facility,                         :
                                                       :
                          Defendants.                  :
-----------------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned appears in this action on behalf of the

plaintiffs.


Dated: New York, New York
       March 30, 2005


                                        MARVIN BERNSTEIN, Director
                                        Mental Hygiene Legal Service, First Dept.
                                        <u>Attorneys for Plaintiffs</u>
                                           S/
                                        _____
                                        By: Sadie Zea Ishee (SI-9540)
                                        Staff Attorney
                                        60 Madison Avenue, 2nd Floor
                                        New York, New York 10010
                                        Phone:  (212) 779-1734