UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARVIN BERNSTEIN, Director,                     :
Mental Hygiene Legal Service,                   :
First Judicial Department, and                  :
MICHAEL B., EUGENE C., and                      :
EDDIE L., patients at Kirby Forensic            :
Psychiatric Facility, on behalf of themselves   :
and on behalf of all others                     :
similarly situated,                             :
        Plaintiffs,                       :
        -v.-                              :    05 Civ. 1322 (GEL)(THK)
                                                :
GEORGE E. PATAKI, in his official capacity as   :    NOTICE OF MOTION
Governor of the State of New York,              :
SHARON CARPINELLO, in her official capacity     :
 as Commissioner of the                         :
New York State Office of Mental Health,         :
and EILEEN CONSILVIO,                           :
in her official capacity as Director of Kirby   :
Forensic Psychiatric Facility,                  :
                                                :
        Defendants.                       :
---------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the complaint dated February 3, 2005 and the accompanying memorandum of law, the undersigned will move this Court, on a date to be determined by this Court, at the Courthouse located at 500 Pearl Street, New York, New York, 10007, for an order certifying this litigation as a class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for any other relief that this Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, answering memoranda shall be served by May 5, 2005.

Dated: New York, New York
      April 21, 2005

                                      MARVIN BERNSTEIN, Director
                                      Mental Hygiene Legal Service, First Dept.
                                        S/
                                      By: SADIE ZEA ISHEE (SI-9540)
                                      Staff Attorney
                                      60 Madison Avenue, 2nd Floor
                                      New York, New York 10010
                                      Phone:  (212) 779-1734

To:    ELIOT SPITZER
        Attorney General of the State
            of New York
        (Edward J. Curtis, Jamila A. Berridge,
            of Counsel)
        120 Broadway, 24th Floor
        New York, New York 10271
        (212) 416-8641