```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/05
```



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

MEMO ENDORSED

ELIOT SPITZER
Attorney General

RICHARD RIFKIN
Deputy Attorney General
State Counsel Division

(212) 416-8534
jberridg@oag.state.ny.us

May 5, 2005

JAMES B. HENLY
Assistant Attorney General in Charge
Litigation Bureau

**By Hand**
The Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
40 Centre Street
New York, New York


RECEIVED MAY 5 2005 CHAMBERS OF GERARD E LY[NCH]

Re: <u>Bernstein v. Pataki, et al.</u>, USDC, SDNY, Case No.: 05-CV-1322 (GEL)

Dear Judge Lynch:

    This office represents the Defendants in the above-referenced action, which concerns a claim that certain incapacitated criminal defendants subject to Section 730.40 of the New York Criminal Procedure Law ("CPL") have experienced violations of their due process and equal protection rights. On March 23, 2005, Defendants moved to dismiss the Complaint. That motion was fully briefed as of April 13, 2005. On April 21, 2005, Plaintiffs filed a motion for class certification. Pursuant to Local Rule 6.1, Defendants' response to Plaintiffs' motion is due on May 5, 2005.

    Defendants believe that further briefing of Plaintiffs' motion for class certification prior to the resolution of Defendants' motion to dismiss may result in a waste of judicial resources and the resources of counsel for all parties. Accordingly, I respectfully request that Defendants' obligation to oppose Plaintiffs' class certification motion be deferred or adjourned until this Court has decided or resolved Defendants' motion to dismiss.

    If the Court is not inclined to grant the above request, I respectfully request an extension of time for Defendants to respond to Plaintiffs' motion. I have discussed the requested extension with Plaintiffs' counsel and Plaintiffs' counsel was willing to agree to an extension to May 26, 2005. However, my schedule makes this extension insufficient. Among other things, in the next two weeks I will be taking and defending three Court-ordered depositions in <u>Cosentino v. Office of Mental Retardation and Developmental Disabilities</u>, 04-CV-4159 (AKH). A fourth deposition in this case is scheduled for May 27, 2005. In addition, I recently have been

```
TO:  Honorable Lois Bloom                           May 5, 2005
RE:  Anderson v. Gellery, et al.,
     USDC, SDNY, Case No.: 04-CV-5374 (DLI)(LB)     Page 2
```

assigned to try <u>Matter of George T. v. Carmichael</u>, a two or three day jury trial scheduled to begin in State Supreme Court, Bronx County beginning on May 23, 2005. Finally, I will be out of the country from May 29, 2005 to June 11, 2005. Due to these scheduling difficulties, I would respectfully request an extension of time to respond to June 23, 2005.

    I appreciate your consideration of this request.

Respectfully yours,

Jamila A. Berridge (9065)
Assistant Attorney General

cc: Sadie Zea Ishee, Esq. (via facsimile)

*Defendants' time to respond to plaintiffs' class certification motion is extended to June 3, 2005. No further extension will be granted.*

SO ORDERED
GERARD E. LYNCH, U.S.D.J.
5/10/05