UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARVIN BERNSTEIN, Director,                         :
Mental Hygiene Legal Service,                       :
First Judicial Department, and                      :
MICHAEL B., EUGENE C., and                          :
EDDIE L., patients at Kirby Forensic                       :
Psychiatric Facility, on behalf of themselves       :
and on behalf  of all others                        :
similarly situated,                                 :
                    Plaintiffs,                     :
         -v.-                                       :     05 Civ. 1322 (GEL)(THK)
                                                    :
GEORGE E. PATAKI, in his official capacity as       :
Governor of the State of New York,                  :
SHARON CARPINELLO, in her official capacity   :
 as Commissioner of the                             :
New York State Office of Mental Health,             :
and EILEEN CONSILVIO,                               :
in her official capacity as Director of Kirby       :
Forensic Psychiatric Facility,                      :
                                                    :
                    Defendants.                     :
------------------------------------------------------------------X

**Plaintiffs' Affidavit in Support of Motion for Class Certification**

                              MARVIN BERNSTEIN, Director
                              Mental Hygiene Legal Service, First Dept.
                              <u>Attorneys  for Plaintiffs</u>
                              60 Madison Avenue, 2nd Floor
                              New York, New York 10010
                              Phone:  (212) 779-1734

                              June 10, 2005

         STEPHEN J. HARKAVY
         SADIE ZEA ISHEE
              <u>Of Counsel</u>

SADIE ZEA ISHEE, ESQ., an attorney admitted to the practice of law in the State of New York and before this Court, declares, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that:

1. I am a staff attorney with Mental Hygiene Legal Service (MHLS), First Judicial Department, which is counsel to the plaintiffs in this case.

2. The class proposed by the plaintiffs consists of "all persons retained at Kirby Forensic Psychiatric Center ("Kirby") under Mental Hygiene Law ("MHL") § 9.33 who originally entered Kirby as Criminal Procedure Law ("CPL") § 730.40 patients, and all § 730.40 patients whose retention may be sought during the pendency of this action." As fully set forth in the complaint, MHLS believes that a constitutional wrong is being perpetuated against patients who are retained at Kirby with the legal status defined above.

3. MHLS identified members of this putative class from among the patients at Kirby based solely on their legal status. At the time this action was filed, MHLS had identified 13 persons at Kirby whose legal status met the parameters defined above.

4. To identify these persons, MHLS reviewed the census of Kirby residents that Kirby provides to MHLS on a regular basis (known as the "Alpha Report."). This list includes the name, date of birth, social security number, and date of admission for every patient at Kirby. The Alpha Report relied upon by MHLS in identifying these thirteen persons, which was received by MHLS's Kirby office on January 10, 2005, is attached hereto as Exhibit A.[1]

5. The Alpha Reports also include "Legal Status Codes," which specify the statutory

---

[1]All exhibits attached hereto have been redacted to protect the privacy of Kirby's patients, particularly those who are not plaintiffs in this action. Unredacted copies can be provided to this Court upon request.

1

basis for each patient's retention.  A key to the codes, which was provided to MHLS by Kirby, is attached hereto as Exhibit B.

6.  MHLS assumed that all patients designated with codes 52 and 53 were members of the putative class, as these are the designations for patients committed under N.Y. C.P.L. § 730.40. For example, named plaintiff Eddie L. appears on the January 10 Alpha report designated by code 53.  On January 10, 2005, therefore, Mr. L. remained on § 730.40 status, with the possibility that Kirby would seek to convert him to § 9.33 status.

7.  Thereafter, MHLS reviewed the legal files of all patients designated with codes 20 and 21: patients civilly retained at Kirby. Because not all civil patients at Kirby originally entered on § 730.40 status, as required to come within the ambit of the class defined above, MHLS identified those of the code 20 and 21 patients who are members of the class by looking at each patient's order of retention.  The front page of Kirby's application for retention of each patient pursuant to § 9.33 identifies the legal status upon which the patient was admitted to Kirby; putative class members are those who were admitted to Kirby on § 730.40 status.  The front page of Kirby's application for retention of each of the named plaintiffs is attached hereto as Exhibit C.

8.  The Alpha Report uses code 99 to designate any patient who has a legal proceeding of any kind pending as of the date of the report.  This can include the hospital's periodic applications for retention, applications by the hospital to treat patients over their objection, or a number of other types of proceedings.  Because of the large number of Code 99 patients at any given time, MHLS relied on its Kirby attorneys to identify who, among their clients, fell within the ambit of the class defined above.  For example, plaintiff Michael B., who had a retention

2

application pending at the time that this suit was filed, is designated as Code 99 on the January

10 Alpha Report.

9.   Using these methods, MHLS identified 13 persons whom it believed to be members of

the class as of February 4, 2005, when the complaint in this case was filed.  These persons were

named plaintiffs Michael B., Eugene C., and Eddie L., as well as Lisa B., Alfred C., Clyde C.,

Nicole J., Ladu K., Ronald M., Julio P., Neal R., Anthony T., and Nigel W.

10.   On March 4, 2005, MHLS received an updated Alpha report from Kirby.  The March

4 report is attached hereto as Exhibit D.  Examining the legal status codes on the new report

using the methods explained above, MHLS identified 17 persons whom it believed to be

members of the putative class as of March 4.  As a comparison of the two lists reveals, two of the

13 putative class members at the time that the complaint was filed, Michael B. and Lisa B., had

left Kirby by March 4.  But six new patients designated with codes 52 and 53 had entered Kirby

in the same time period.

11.   On June 8, 2005, MHLS obtained Kirby's most recent Alpha Report, attached hereto

as Exhibit E.  According to this report, only four of the original 13 persons identified as putative

class members remained at Kirby as of that date:  Eugene C., Alfred C., Eddie L., and Anthony

T.  However, applying the previously-explained analysis to the most recent report, there are

currently ten patients at Kirby who meet the definition of the class defined above– those four,

plus Karriem D., Carlos D., Raphael E., Jane F., Nelvin H., and Martil S.

12.   Based on the patterns of admission and release at Kirby indicated in the three

attached Alpha Reports, it can be expected that the size of the class and the identity of the class

members will continue to fluctuate throughout the course of this litigation.

3

12.  I declare under penalty of perjury that, to the best of my knowledge, the foregoing

information is true and correct.

Dated: New York, New York
        April 21, 2005


_S/_____
SADIE ZEA ISHEE (SI-9540)
Staff Attorney
Mental Hygiene Legal Service, First Dept.
60 Madison Avenue, 2nd Floor
New York, New York 10010
Phone:  (212) 779-1734

4

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| | JUSTIN | 701915 | 601 | | 11/15/2004 | 09/19/1979 | 54 |
| | RONALD | 700964 | 301 | | 01/19/1994 | 12/13/1957 | 59 |
| | ALBERT | 701865 | 401 | | 07/02/2004 | 06/30/1976 | 99 |
| | FLOYD | 700243 | 201 | | 01/16/1998 | 05/19/1954 | 99 |
| | BISRAM | 701733 | 601 | | 07/08/2004 | 06/11/1972 | 54 |
| | SIDNEY | 700154 | 202 | | 11/15/1993 | 08/29/1949 | 59 |
| | STEPHEN | 701924 | 602 | | 12/24/2004 | 06/22/1968 | 54 |
| | TATIANA | 700506 | 302 | | 03/28/1989 | 10/13/1947 | 99 |
| | GARDNER | 700140 | 202 | | 10/01/1995 | 09/16/1957 | 59 |
| | DINOGLU | 700886 | 202 | | 11/01/1994 | 11/09/1962 | 59 |
| | CHARLES | 700171 | 202 | | 09/30/1997 | 10/07/1961 | 59 |
| | STEVEN | 701926 | 602 | | 12/28/2004 | 01/15/1960 | 54 |
| | JOHN | 701930 | 601 | | 12/30/2004 | 09/21/1978 | 54 |
| | MICHAEL | 701633 | 201 | | 07/18/2002 | 01/12/1973 | 99 |
| | LISA | 701910 | 301 | | 11/04/2004 | 10/27/1965 | 53 |
| | ENORES | 701907 | 601 | | 10/26/2004 | 09/29/1982 | 54 |
| | NELSON | 700004 | 202 | | 02/21/1985 | 05/26/1953 | 99 |
| | ANGELA | 701289 | 301 | | 12/24/2004 | 12/06/1961 | 54 |
| | DAVID | 701916 | 602 | | 11/15/2004 | 08/21/1964 | 54 |
| | JERALD | 701925 | 601 | | 12/24/2004 | 05/31/1951 | 54 |
| | CECILIA | 700049 | 302 | | 12/23/1992 | 09/02/1951 | 99 |
| | LOURDES | 700580 | 301 | | 03/02/1998 | 10/27/1952 | 59 |
| | CHARLES | 701099 | 201 | | 06/05/1997 | 09/16/1950 | 59 |
| | RICHARD | 701859 | 202 | | 06/21/2004 | 12/11/1958 | 54 |
| | EUGENE | 701872 | 602 | | 07/21/2004 | 07/22/1945 | 21 |
| | ALFRED | 701931 | 401 | | 12/30/2004 | 07/27/1979 | 20 |
| | WILLIAM | 701722 | 202 | | 05/01/2003 | 11/30/1956 | 56 |
| | CHERI | 701597 | 302 | | 12/16/2004 | 01/26/1971 | 54 |
| | LAMONT | 701705 | 302 | | 03/12/2003 | 12/12/1966 | 56 |
| | DAVID | 701920 | 602 | | 11/22/2004 | 10/24/1947 | 54 |
| | CLYDE | 701868 | 602 | | 07/12/2004 | 11/27/1953 | 99 |
| | JARED | 700822 | 201 | | 05/19/1992 | 02/26/1970 | 59 |
| | MATTHEW | 701890 | 602 | | 09/15/2004 | 01/17/1985 | 50 |
| | RONALD | 700023 | 202 | | 02/21/1985 | 01/26/1942 | 99 |
| | JAMES | 700098 | 201 | | 10/27/1987 | 02/26/1950 | 59 |
| | MICHAEL | 701871 | 602 | | 07/16/2004 | 08/01/1966 | 99 |
| | ALBERT | 701929 | 602 | | 12/30/2004 | 09/09/1957 | 54 |
| | LAWRENCE | 700025 | 201 | | 02/21/1985 | 05/16/1943 | 99 |
| | SIDNEY | 701906 | 602 | | 10/25/2004 | 09/30/1975 | 54 |
| | JAMES | 701806 | 202 | | 02/25/2004 | 12/24/1952 | 54 |
| | TED | 700080 | 301 | | 12/20/1996 | 07/03/1953 | 59 |
| | GREG | 700760 | 202 | | 09/24/1991 | 09/28/1955 | 59 |
| | JOHN | 700938 | 201 | | 09/29/2003 | 11/27/1953 | 59 |
| | GARY | 700005 | 201 | | 02/21/1985 | 01/03/1962 | 59 |
| | CURTIS | 700376 | 301 | | 03/02/1990 | 11/06/1967 | 99 |


RECEIVED JAN 10 2005

SORT: NAM

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| ███ | MARCO | 701307 | 201 | ███ | 10/29/1998 | 03/20/1973 | 99 |
| ███ | LEEMART | 701900 | 401 | ███ | 10/06/2004 | 07/20/1961 | 54 |
| ███ | OSCAR | 701911 | 601 | ███ | 11/08/2004 | 08/06/1961 | 54 |
| ███ | STEVEN | 700868 | 201 | ███ | 12/01/1992 | 04/27/1963 | 59 |
| ███ | MILTON | 701634 | 302 | ███ | 04/23/2004 | 11/15/1972 | 54 |
| ███ | TIRZO | 701918 | 601 | ███ | 11/22/2004 | 03/25/1964 | 54 |
| ███ | THOMAS | 701897 | 601 | ███ | 10/01/2004 | 09/18/1956 | 54 |
| ███ | DERRICK | 701236 | 401 | ███ | 06/24/1997 | 08/01/1976 | 21 |
| ███ | GERARD | 701421 | 401 | ███ | 11/10/1999 | 10/13/1963 | 21 |
| ███ | REUBEN | 701136 | 201 | ███ | 07/25/1996 | 05/27/1952 | 99 |
| ███ | SHIRLEY | 700046 | 301 | ███ | 09/04/1990 | 02/17/1953 | 21 |
| ███ | RICHARD | 700146 | 301 | ███ | 06/27/1989 | 10/27/1964 | 59 |
| ███ | DWAYNE | 701359 | 401 | ███ | 07/18/2002 | 07/13/1967 | 56 |
| ███ | CELESTE | 700777 | 302 | ███ | 05/07/2003 | 09/29/1955 | 21 |
| ███ | BI-YUN | 701841 | 601 | ███ | 05/07/2004 | 05/09/1964 | 54 |
| ███ | JOHN | 700819 | 202 | ███ | 01/21/1999 | 04/08/1949 | 56 |
| ███ | MARCELLE | 700583 | 301 | ███ | 02/01/2002 | 02/16/1950 | 59 |
| ███ | NICOLE | 701842 | 301 | ███ | 05/10/2004 | 07/02/1976 | 21 |
| ███ | ARMANDO | 700074 | 202 | ███ | 10/23/1991 | 09/05/1936 | 59 |
| ███ | CLIFFORD | 701847 | 601 | ███ | 05/19/2004 | 12/04/1950 | 54 |
| ███ | JOHN | 701557 | 202 | ███ | 08/20/2001 | 12/05/1958 | 99 |
| ███ | CONSTANTIN | 701563 | 601 | ███ | 10/06/2004 | 02/21/1944 | 54 |
| ███ | MICHAEL | 701583 | 302 | ███ | 10/17/2003 | 05/08/1970 | 56 |
| ███ | LADU | 701922 | 602 | ███ | 12/09/2004 | 08/11/1985 | 53 |
| ███ | MYUNG HWAN | 700960 | 202 | ███ | 07/29/1997 | 04/01/1963 | 59 |
| ███ | ALLAN | 701163 | 201 | ███ | 03/12/1998 | 07/26/1975 | 59 |
| ███ | EDDIE | 701917 | 602 | ███ | 11/17/2004 | 03/15/1973 | 53 |
| ███ | CHRISTOPHE | 700344 | 301 | ███ | 09/08/1987 | 09/13/1960 | 59 |
| ███ | KAREN | 700943 | 302 | ███ | 09/30/1993 | 12/01/1966 | 59 |
| ███ | RICHARD | 701928 | 602 | ███ | 12/30/2004 | 02/05/1976 | 54 |
| ███ | HUI MIN | 701887 | 301 | ███ | 08/31/2004 | 01/14/1983 | 59 |
| ███ | JERRY | 701250 | 201 | ███ | 09/27/1997 | 10/23/1957 | 59 |
| ███ | CARL | 701186 | 302 | ███ | 11/01/2004 | 06/08/1976 | 54 |
| ███ | JAMES | 700950 | 401 | ███ | 12/06/1993 | 04/09/1953 | 59 |
| ███ | RONALD | 701923 | 601 | ███ | 12/13/2004 | 04/29/1964 | 53 |
| ███ | VALERIE | 701845 | 302 | ███ | 05/17/2004 | 09/11/1965 | 54 |
| ███ | JOSEPH | 701246 | 602 | ███ | 10/04/2004 | 09/06/1958 | 54 |
| ███ | MANUEL | 701353 | 201 | ███ | 05/20/1999 | 03/13/1965 | 99 |
| ███ | BARTELIO | 701438 | 302 | ███ | 01/26/2000 | 06/15/1969 | 99 |
| ███ | AVIS | 701376 | 301 | ███ | 06/05/2001 | 12/20/1949 | 99 |
| ███ | RICHARD | 701013 | 201 | ███ | 09/13/1994 | 03/31/1953 | 99 |
| ███ | IBAN | 701834 | 302 | ███ | 04/12/2004 | 12/11/1978 | 54 |
| ███ | GEORGE | 700034 | 201 | ███ | 02/21/1985 | 02/15/1950 | 59 |
| ███ | DENNIS | 701919 | 602 | ███ | 11/22/2004 | 04/19/1960 | 54 |
| ███ | ALBERTO | 701719 | 302 | ███ | 04/29/2003 | 12/13/1959 | 99 |
| ███ | MICHAEL | 700850 | 401 | ███ | 12/16/2002 | 01/06/1971 | 21 |

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| ████ | JOSE | 700035 | 202 | ████ | 03/15/2001 | 05/05/1946 | 59 |
| ████ | PERICVAL | 701932 | 602 | | 01/07/2005 | 01/04/1926 | 50 |
| ████ | TULIO | 701869 | 601 | ████ | 07/14/2004 | 01/29/1954 | 54 |
| ████ | ROBERT | 701815 | 602 | ████ | 01/07/2005 | 02/15/1972 | 54 |
| ████ | WANIKA | 701431 | 302 | ████ | 02/07/2002 | 08/31/1970 | 99 |
| ████ | APPUKKUTTA | 701691 | 302 | ████ | 01/30/2003 | 08/15/1942 | 56 |
| ████ | JAMES | 701274 | 201 | | 02/05/1998 | 11/25/1942 | 99 |
| O'████ | PAUL | 701478 | 202 | | 10/30/2001 | 12/11/1952 | 59 |
| O████ | WORKU | 701675 | 302 | | 12/03/2002 | 02/10/1958 | 99 |
| P████ | HANSEL | 701913 | 601 | | 11/08/2004 | 07/25/1984 | 54 |
| P████ | NEVILLE | 701838 | 202 | ████ | 04/21/2004 | 01/01/1956 | 99 |
| P████ | PATRICK | 701528 | 401 | | 02/28/2001 | 05/13/1971 | 59 |
| P████ | VICTOR | 700993 | 301 | | 07/05/1994 | 04/11/1943 | 99 |
| P████ | WILLIAM | 701141 | 201 | | 01/13/1998 | 12/01/1958 | 99 |
| P████ | JULIO | 701909 | 601 | | 11/03/2004 | 11/10/1958 | 53 |
| P████ | HUNG | 701550 | 201 | | 07/12/2001 | 02/05/1970 | 99 |
| P████ | VIRGINIA | 700420 | 302 | ████ | 05/08/2003 | 03/07/1960 | 59 |
| P████ | PIETRO | 700085 | 202 | | 07/30/1985 | 04/07/1939 | 99 |
| P████ | DAMIEN | 701532 | 302 | | 04/08/2004 | 05/06/1982 | 50 |
| R████ | DANIEL | 700725 | 201 | ████ | 06/13/1991 | 12/24/1960 | 99 |
| R████ | NEAL | 701927 | 601 | | 12/28/2004 | 10/05/1959 | 53 |
| R████ | ELIO | 701908 | 602 | | 11/01/2004 | 06/01/1955 | 54 |
| R████ | DWAYNE | 700089 | 301 | | 08/01/1985 | 10/16/1958 | 59 |
| R████ | DOMINGO | 700395 | 301 | | 03/09/1988 | 03/21/1956 | 59 |
| R████ | LILA | 701921 | 301 | | 11/29/2004 | 06/02/1973 | 50 |
| R████ | EUNICE | 701791 | 301 | | 12/19/2003 | 05/18/1978 | 54 |
| R████ | RUBY | 701658 | 302 | ████ | 03/19/2004 | 12/19/1966 | 54 |
| R████ | JAMIE | 701769 | 202 | | 05/26/2004 | 10/07/1977 | 58 |
| R████ | ROBERT | 700793 | 201 | ████ | 12/01/1994 | 02/13/1944 | 59 |
| S████ | JOHN | 701364 | 302 | ████ | 07/06/2000 | 03/18/1976 | 56 |
| S████ | HARRY | 701669 | 202 | | 12/02/2004 | 04/14/1942 | 56 |
| S████ | RICHARD | 700137 | 202 | | 09/26/1985 | 08/18/1952 | 59 |
| S████ | ADELE | 700909 | 301 | | 05/11/1993 | 09/17/1956 | 59 |
| S████ | JOSE | 701824 | 301 | ████ | 03/24/2004 | 11/10/1946 | 54 |
| S████ | | 701659 | 401 | ████ | 12/09/2004 | 03/16/1980 | 21 |
| S████ | RALPH | 701084 | 201 | ████ | 08/10/1995 | 02/28/1975 | 59 |
| N████ | ANTHONY | 700896 | 202 | ████ | 03/23/1993 | 04/02/1961 | 21 |
| N████ | EDWARD | 701689 | 202 | ████ | 01/24/2003 | 12/06/1946 | 99 |
| N████ | THOMAS | 701172 | 201 | | 09/28/2000 | 11/20/1962 | 59 |
| N████ | YASMINE | 701801 | 301 | | 10/15/2004 | 06/25/1980 | 54 |
| N████ | CHEN | 701703 | 601 | | 06/07/2004 | 06/17/1976 | 54 |
| N████ | JAVIER | 701650 | 601 | | 04/27/2004 | 02/06/1975 | 54 |
| N████ | ERNEST | 701876 | 602 | | 08/04/2004 | 01/27/1966 | 58 |
| N████ | ZAYO | 701899 | 202 | ████ | 10/04/2004 | 12/06/1961 | 54 |
| 7████ | EDDIE | 701873 | 602 | ████ | 07/29/2004 | 07/13/1958 | 54 |
| 7████ | DENISE | 701746 | 302 | | 07/08/2003 | 11/25/1979 | 99 |

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| W███████ | JEFFREY | 700104 | 302 | ████████ | 04/21/1995 | 12/26/1954 | 59 |
| W███████ | RAYMOND | 700043 | 201 | | 02/21/1985 | 04/25/1941 | 59 |
| W███ | JEFF | 701640 | 601 | | 01/15/2004 | 05/09/1967 | 54 |
| W███ | GLEN | 700190 | 301 | | 10/14/1997 | 01/29/1956 | 59 |
| W██████ | JOSEPH | 701683 | 601 | | 07/21/2004 | 02/01/1980 | 54 |
| W██████ | MICHAEL | 701904 | 601 | | 10/14/2004 | 09/04/1955 | 54 |
| W███████ | NIGEL | 701882 | 401 | ████████ | 08/17/2004 | 05/22/1978 | 52 |
| W███ | RAHMIR | 701766 | 601 | ████████ | 12/15/2004 | 11/23/1979 | 54 |
| W███ | CRYSTAL | 701732 | 301 | ████████ | 05/22/2003 | 03/05/1976 | 99 |
| W███ | YUK | 701020 | 302 | ████████ | 04/10/2001 | 11/13/1949 | 59 |
| W██████ | ELLIS | 700321 | 202 | ████████ | 10/12/1989 | 04/18/1938 | 59 |
| W███████ | RANDY | 701737 | 602 | ████████ | 08/23/2004 | 06/21/1975 | 54 |
| W███ | SABRINA | 701744 | 301 | ████████ | 07/01/2003 | 01/29/1972 | 99 |
| Z███ | TIAN | 701844 | 601 | ████████ | 05/13/2004 | 08/01/1951 | 54 |
| Z███████ | CHENG | 701912 | 601 | | 11/08/2004 | 09/30/1974 | 50 |
| Z███ | DEBRA | 701893 | 302 | ████████ | 09/22/2004 | 01/23/1963 | 54 |

DMHL _GAL CODES- Terminal Operators Manual
CIVIL STATUS

CL 508 -Jail- Use qualifier 6, even when converted to civil status

| Civil Status | LEGAL STATUS TYPE | Maximum Length | Qual | Retent | Prereq | 508 | LEGAL STATUS TYPE Non-sentenced | Maximum Length | Qual | Retent | Prereq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Two Physician Certificate (9.27) | 60 Days | - | -- | — | 20 | Non sentenced Inmate Admitted as a 2 PC | 60 days | 6 | Zero 0 | — |
| 21 | Civil Court Retention(9.33) | 6,12,24 mos (3 if reduced) | - | Yes | — | 21 | Non sentenced Inmate admitted as Civil Retention | 6,12,24 mos | 6 | Yes | — |
| 23 | Director Community Service (9.37) | 72 hours | - | — | — | 23 | Non sentenced Inmate admitted like DCS | | 6 | — | — |
| 25 | Emergency (9.39-Director, 9.40 CPEP, 9.41 Peace Officer, 9.43 Court) | 15 days | - | — | -- | CL 402 | Correction Law -Sentenced Inmate (94 - Deleted Code) | | | | |
| 31 | Informal | not used now | - | — | — | 75 | Sentenced Inmate -admit w/o hearing | 6 months | — | — | — |
| 32 | Voluntary (9.13) | Notice of S&R 120 days | - | — | — | 76 | Sentenced Inmate admitted with Hearing | 6 months | — | — | — |
| 33 | Minor Voluntary <18 | | - | -- | — | 77 | Sentenced Inmate admitted forthright | 6 months | — | — | — |
| 41 | Family Court | | - | — | — | 78 | Sentenced inmate as an emergency | 6 months | — | — | — |
| 99 | Pending civil or forensic | | - | — | — | 79 | Sentenced inmate converted to 1st retention | 6 months | — | yes | yes |

C.P.L. 330.20- Criminal Procedural Law                 50, 51 & 60 also Outpatient Codes

| 50 | Examination Order or ext. | 30 days | - | - | yes |
|---|---|---|---|---|---|
| 58 | Re commitment Order (57 deleted #) | 6 months | zero 0 | zero 0 | yes |
| 59 | Retention Order | 1,2 years | zero 0 | yes | yes |
| 60 | Order of Conditions-with exp. Discharge Conditional | 3-5 years | 5 5 | - - | yes yes |
| 64 | Temporary confinement | 30 days | - | zero 0 | — |
| 67 | Commitment order | 6 months | - | - | - |
| 69 | Transfer order | — | — | — | yes |
| 74 | Furlough order | — | — | — | yes |

Order signed date -field required
"
"
"
"
"
"

**FORENSIC QUALIFIER(s) - Used to track & monitor**
01 - Final Order of Observation
02 - Temporary Order of Observation
03 - CPL 730 Order of Commitment
04 - Civil Retention @Jackson Order-(former 730.50)
05 - Order of Condition
06 - Section 508 of Correction Law- Inc Civil Status (when legal status does not identify one of these.)
07 - Assisted Outpatient Treatment Order

99 - Pending Retentions - C.P.L. or Civil Status

50, 60 & 51 - also outpatient codes

Jan. 03 2005 11:52AM P4    FAX NO. : 212-996-2789    FROM : KFPC MEDICAL RECORD DEPT

| 88 | Release Conditional with Orders of Conditions | | 5 | zero 0 | yes | | | |
| 89 | Discharge order- No conditions | no expiration | zero 0 | zero 0 | yes | | | |

| | C.P.L. 730- (72 HOURS - OMH policy convert after) | Maximum Length | Qualifier | Ret. | Prereq | | C.P.L. 390.30. | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Examination Order 730.20 | 30 days | – | – | | 68 | Examination Order Inpatient or Outpatient | 30 days | | |
| 52 | Final Order - 730.40 | 72 hours | 1 | zero0 | | | | | | |
| 53 | Temporary order - 730.40 | 90 days | 2 | zero0 | | | | | | |
| 54 | Order of commitment - 730.50 | 6 months | 3 | zero0 | | | | | | |
| 56 | Order of retention - 730.50 | 1 year | – | yes | | | | | | |
| 70 | Notice of dismissal of indictment | | zero 0 | | yes | | | | | |
| 21 | Jacksoned Civil Retention | 6,12,24 months | 4 / (730) 6 (508) | yes | yes | | | | | |

**MHL SEC 9.60 Assisted Outpatient Treatment Order- Court signed date required 11/8/99 >**

| | | Maximum Length | Qualifier | | | M.H.L. 29.15 Conditional Release Civil Status | Part 36 NYCRR | | |
|---|---|---|---|---|---|---|---|---|---|
| 90 | Examination order AOT | 24 hours | | Type 1 | | | | | |
| 80 | Assisted Outpatient Treatment AOT Order | 6 months 1 year | 07 | Type 1 or 2 | | | | | |

Legal status
Type 1 = admission
Type 2 = subsequent

Technical Bulletin 88-6          Information Bulletin 88/4          Mneumonics:   LFQ    Forensic Qualifer

                                                                  LRN    # of Petitions

            Reports - New Legal                                   HRQ    Historical Qualifers
            Legal Expiration                                      HLR    Historical # of Petitions

C:\WINDOWS\TEMP\LEGALCOD.WPD- March 1, 2000

OMH 470
STATE OF NEW YORK
OFFICE OF MENTAL HEALTH

APPLICATION FOR COURT
AUTHORIZATION TO RETAIN
A PATIENT

(Pursuant to Section 9.13 or 9.33
  of the Mental Health Law)

KIRBY FORENSIC PSYCHIATRIC CENTER
Facility

B███ Michael
Patient

Case No.  701633
Identification No.

Date of Admission:  07/18/2002

Adm. Legal Status:  **730.40 Final/2PC**
No. Previous Court Auth(s). 1
Exp. Date of Last Auth.    **05/21/2003**

STATE OF NEW YORK
SUPREME COURT
COUNTY OF NEW YORK

IN THE MATTER OF THE RETENTION OF
B███ **Michael**

A PATIENT ADMITTED TO
KIRBY FORENSIC PSYCHIATRIC CENTER

APPLICATION
INDEX NO.

I am the Director of <u>Kirby Forensic Psychiatric Center</u>, hospital for the mentally ill, and hereby respectfully make application to this court, pursuant to Section 9.33 of the Mental Hygiene Law, to retain the above named patient for involuntary care and treatment at said hospital for a period not to exceed___12___ months.

Said person is now a patient at said hospital pursuant to Section (9.33) of the Mental Hygiene Law to has been carefully observed and examined and is in need of retention.

I have explored all alternative forms of care and treatment and found none adequate to provide for said patient's needs other than the retention requested herein.

Said patient is either unsuitable or unwilling to remain in said hospital voluntarily.

WHEREFORE,  the undersigned respectfully requests this Court to issue an order authorizing involuntary retention of said patient for the period specified above.

Date: 5/20/2003

Signature
Eileen Consilvio, R.N., M.S.
Executive Director

OMH 470
STATE OF NEW YORK
OFFICE OF MENTAL HEALTH

KIRBY FORENSIC PSYCHIATRIC CENTER
Facility

APPLICATION FOR COURT
AUTHORIZATION TO RETAIN
A PATIENT

C██████, Eugine
Patient

(Pursuant to Section 9.13 or 9.33
of the Mental Health Law)

Case No. **701872**
Identification No.

Date of Admission: **07/21/2004**

Adm. Legal Status: **CPL 730.40 Temporary**
No. Previous Court Auth(s)
Exp. Date of Last Auth.  **10/18/2004**

STATE OF NEW YORK
SUPREME COURT
COUNTY OF NEW YORK

IN THE MATTER OF THE RETENTION OF
**C██████ Eugine**

A PATIENT ADMITTED TO
KIRBY FORENSIC PSYCHIATRIC CENTER

APPLICATION
INDEX NO.

I am the Director of Kirby Forensic Psychiatric Center, hospital for the mentally ill, and hereby respectfully make application to this court, pursuant to Section 9.33 of the Mental Hygiene Law, to retain the above named patient for involuntary care and treatment at said hospital for a period not to exceed  6   months.

Said person is now a patient at said hospital pursuant to Section (9.33) of the Mental Hygiene Law to has been carefully observed and examined and is in need of retention.

I have explored all alternative forms of care and treatment and found none adequate to provide for said patient's needs other than the retention requested herein.

Said patient is either unsuitable or unwilling to remain in said hospital voluntarily.

WHEREFORE, the undersigned respectfully requests this Court to issue an order authorizing involuntary retention of said patient for the period specified above.

Date: 10 /12/2004

Signature
Eileen Consilvio, R.N., M.S.
Executive Director

OMH 470
STATE OF NEW YORK
OFFICE OF MENTAL HEALTH

KIRBY FORENSIC PSYCHIATRIC CENTER
Facility

APPLICATION FOR COURT
AUTHORIZATION TO RETAIN
A PATIENT

L█████ Eddie
Patient

(Pursuant to Section 9.13 or 9.33
of the Mental Health Law)

Case No.: **701917**
Identification No.:

Date of Admission. **11/17/2004**

Adm. Legal Status: **CPL 730.40 Temporary**
No. Previous Court Auth(s):
Exp. Date of Last Auth. **02/09/2005**

STATE OF NEW YORK
SUPREME COURT
COUNTY OF NEW YORK

IN THE MATTER OF THE RETENTION OF
L█████ Eddie

APPLICATION
INDEX NO.

A PATIENT ADMITTED TO
KIRBY FORENSIC PSYCHIATRIC CENTER

I am the Director of Kirby Forensic Psychiatric Center, hospital for the mentally ill, and hereby respectfully make application to this court, pursuant to Section 9.33 of the Mental Hygiene Law, to retain the above named patient for involuntary care and treatment at said hospital for a period not to exceed 6 months.

Said person is now a patient at said hospital pursuant to Section (9.33) of the Mental Hygiene Law to has been carefully observed and examined and is in need of retention.

I have explored all alternative forms of care and treatment and found none adequate to provide for said patient's needs other than the retention requested herein.

Said patient is either unsuitable or unwilling to remain in said hospital voluntarily.

WHEREFORE, the undersigned respectfully requests this Court to issue an order authorizing involuntary retention of said patient for the period specified above.

Date: **2-1 4/2005**

Maryse Chardonet for Eileen Consilvio
Signature
Eileen Consilvio, R.N., M.S.
Executive Director

ensic OFFICE
le Cheng)

```
**************************************************************
*           *** REPORTS PROGRAM ***              03/04/2005
*
*   NAME OF REPORT   ALPHA
*   TITLE OF REPORT:
*                                    LIBRARY FUNCTION:  SAVE: X  REMOVE:
*   OUTPUT ORDER:  NAM
*                        INPATIENTS: X  OUTPATIENTS:    FAMILY CARE:
*   GROUPS OF CLIENTS:   CONVALSCENT CARE:    CONTACTS:    TERMINATED:
*
*   ADDITIONAL SELECTION CRITERIA:
*       MNEMONIC  LOWER LIMIT  UPPER LIMIT      MNEMONIC  LOWER LIMIT  UPPER LIMIT
*       1.                              2.
*       3.                              4.
*       5.                              6.
*       7.
*   SELECTION LOGIC:
*   HISTORY DATES:  LOWER:            UPPER:              COUNTS ONLY:
*   REPORT MNEMONICS:  WRD  SSN  DOA  DOB  LEG
**************************************************************
```

THE FOLLOWING SAVED REPORTS ARE STORED ON THE REPORTS LIBRARY:

| | | | | | | |
|---|---|---|---|---|---|---|
| AGE2 | AGE2WRD | AGE2X | AGE21 | AGE60 | ALL330 | ALL330A | ALL330B |
| ALL330D | ALL330X | ALL330Y | ALPHA | ALPHA2 | A73050 | CIVIL | CNUMDSC | CNUM1 |
| DELUSION | DENTIST | DISCHARGE | DISCNUM | DOA | DOB | DSC2 | DSC402 | DTH |
| ETT | HCFACENS | HCFADTHS | HOSP | HXDIA | ITF | ITT | LEG | LEGAL |
| LEGAL2 | LEGAL330 | LEGEXDATE | LEGEXDTE2 | LEGSTEXP | LEG54 | LESS90 | LOS | ORYX116 |
| OTIS1 | READMI | READMITS | REL | RELIGION | REL2 | REL3 | SAM | SSN |

Post-it® Fax Note 7671 Date 3-1-05 # of pages 6
To Sadie From Allison
Co./Dept. Co.
Phone # Phone #
Fax # Fax #

ALPHA

GROUP OF CLIENTS: I/P

SELECTION:

SORT: NAME

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| A███ | JUSTIN | 701915 | 601 | ███ | 11/15/2004 | 09/19/1979 | 54 |
| A███ | RONALD | 700964 | 301 | ███ | 01/19/1994 | 12/13/1957 | 59 |
| A███ | ALBERT | 701865 | 302 | | 07/02/2004 | 06/30/1976 | 99 |
| A███ | FLOYD | 700243 | 201 | ███ | 01/16/1998 | 05/19/1954 | 99 |
| B███ | SIDNEY | 700154 | 202 | | 11/15/1993 | 08/29/1949 | 59 |
| B███ | STEPHEN | 701924 | 602 | | 12/24/2004 | 06/22/1968 | 54 |
| B███ | TATIANA | 700506 | 302 | ███ | 03/28/1989 | 10/13/1947 | 99 |
| B███ | GARDNER | 700140 | 202 | | 10/01/1985 | 09/16/1957 | 59 |
| B███ | DINOGLU | 700886 | 202 | | 11/01/1994 | 11/09/1962 | 59 |
| B███ | CHARLES | 700171 | 202 | | 09/30/1997 | 10/07/1961 | 59 |
| B███ | STEVEN | 701926 | 602 | | 12/28/2004 | 01/15/1960 | 54 |
| B███ | JOHN | 701930 | 601 | | 12/30/2004 | 09/21/1978 | 54 |
| B███ | CHRISTOPHE | 701935 | 602 | ███ | 01/20/2005 | 12/22/1978 | 53 |
| C███ | NELSON | 700004 | 202 | | 02/21/1985 | 05/26/1953 | 99 |
| C███ | ANGELA | 701289 | 301 | | 12/24/2004 | 12/06/1961 | 54 |
| C███ | DAVID | 701916 | 602 | | 11/15/2004 | 08/21/1964 | 54 |
| C███ | JERALD | 701925 | 601 | | 12/24/2004 | 05/31/1951 | 54 |
| C███ | CECILIA | 700049 | 302 | ███ | 12/23/1992 | 09/02/1951 | 99 |
| C███ | LOURDES | 700580 | 301 | | 03/02/1998 | 10/27/1952 | 59 |
| C███ | CHARLES | 701099 | 201 | | 06/05/1997 | 09/16/1950 | 59 |
| C███ | MICHAEL | 701945 | 602 | | 02/22/2005 | 06/08/1966 | 54 |
| C███ | ARTHUR | 701940 | 602 | ███ | 01/26/2005 | 10/01/1968 | 54 |
| C███ | EUGENE | 701872 | 602 | | 07/21/2004 | 07/22/1945 | 21 |
| C███ | ALFRED | 701931 | 302 | | 12/30/2004 | 07/27/1979 | 20 |
| C███ | WILLIAM | 701722 | 202 | | 05/01/2003 | 11/30/1956 | 56 |
| C███ | CHERI | 701597 | 302 | ███ | 12/16/2003 | 01/26/1971 | 54 |
| C███ | LAMONT | 701705 | 302 | | 03/12/2003 | 12/12/1966 | 56 |
| C███ | DAVID | 701920 | 602 | | 11/22/2004 | 10/24/1947 | 54 |
| C███ | CLYDE | 701868 | 602 | | 07/12/2004 | 11/27/1953 | 54 |
| C███ | JARED | 700822 | 201 | | 05/19/1992 | 02/26/1970 | 59 |
| C███ | MATTHEW | 701890 | 201 | ███ | 09/15/2004 | 01/17/1985 | 50 |
| C███ | RONALD | 700023 | 202 | | 02/21/1985 | 01/26/1942 | 99 |
| D███ | JAMES | 700098 | 201 | | 10/27/1987 | 02/26/1950 | 59 |
| D███ | JOHN | 701938 | 602 | ███ | 01/24/2005 | 01/19/1968 | 54 |
| D███ | MICHAEL | 701871 | 201 | | 07/16/2004 | 08/01/1966 | 99 |
| D███ | ALBERT | 701929 | 602 | | 12/30/2004 | 09/09/1957 | 54 |
| E███ | LARRY | 701949 | 601 | | 02/25/2005 | 05/31/1956 | 53 |
| E███ | LAWRENCE | 700025 | 201 | ███ | 02/21/1985 | 05/16/1943 | 99 |
| E███ | SIDNEY | 701906 | 602 | | 10/25/2004 | 09/30/1975 | 54 |
| E███ | TED | 700080 | 301 | | 12/20/1996 | 07/03/1953 | 59 |
| F███ | GREG | 700760 | 202 | | 09/24/1991 | 09/28/1955 | 59 |
| F███ | JOHN | 700938 | 201 | | 09/29/2003 | 11/27/1953 | 59 |
| G███ | GARY | 700005 | 201 | | 02/21/1985 | 01/03/1962 | 59 |
| G███ | CURTIS | 700376 | 301 | | 03/02/1990 | 11/06/1967 | 99 |
| G███ | MARCO | 701307 | 201 | | 10/29/1998 | 03/20/1973 | 99 |

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| | LEEMART | 701900 | 401 | | 10/06/2004 | 07/20/1961 | 54 |
| | OSCAR | 701911 | 601 | | 11/08/2004 | 08/06/1961 | 54 |
| | CONSTANCE | 701943 | 301 | | 02/11/2005 | 06/10/1952 | 53 |
| | WARREN | 701944 | 601 | | 02/17/2005 | 08/25/1979 | 53 |
| | STEVEN | 700868 | 201 | | 12/01/1992 | 04/27/1963 | 59 |
| | MILTON | 701634 | 302 | | 04/23/2004 | 11/15/1972 | 54 |
| | TIRZO | 701918 | 601 | | 11/22/2004 | 03/25/1964 | 54 |
| | THOMAS | 701897 | 601 | | 10/01/2004 | 09/18/1956 | 54 |
| | LEE | 701950 | 602 | | 02/25/2005 | 08/13/1962 | 54 |
| | GERARD | 701421 | 401 | | 11/10/1999 | 10/13/1963 | 21 |
| | REUBEN | 701136 | 302 | | 07/25/1996 | 05/27/1952 | 99 |
| | GERRARD | 701939 | 601 | | 01/26/2005 | 02/15/1977 | 54 |
| | SHIRLEY | 700046 | 301 | | 09/04/1990 | 02/17/1953 | 21 |
| | RICHARD | 700146 | 301 | | 06/27/1989 | 10/27/1964 | 59 |
| | DWAYNE | 701359 | 401 | | 07/18/2002 | 07/13/1967 | 56 |
| | BENITA | 701948 | 301 | | 02/22/2005 | 01/26/1973 | 54 |
| | BI-YUN | 701841 | 302 | | 05/07/2004 | 05/09/1964 | 54 |
| | WILLIAM | 701706 | 601 | | 02/08/2005 | 07/10/1961 | 54 |
| | JOHN | 700819 | 202 | | 01/21/1999 | 04/08/1949 | 56 |
| | MARCELLE | 700583 | 301 | | 02/01/2002 | 02/16/1950 | 59 |
| | NICOLE | 701842 | 301 | | 05/10/2004 | 07/02/1976 | 21 |
| | ARMANDO | 700074 | 202 | | 10/23/1991 | 09/05/1936 | 59 |
| | LEONARD | 701934 | 602 | | 01/18/2005 | 12/07/1981 | 54 |
| | JOHN | 701557 | 202 | | 08/20/2001 | 12/05/1958 | 99 |
| | MICHAEL | 701583 | 302 | | 10/17/2003 | 05/08/1970 | 56 |
| | LADU | 701922 | 602 | | 12/09/2004 | 08/11/1985 | 53 |
| | MYUNG HWAN | 700960 | 202 | | 07/29/1997 | 04/01/1963 | 59 |
| | ALLAN | 701163 | 201 | | 03/12/1998 | 07/26/1975 | 59 |
| | EDDIE | 701917 | 602 | | 11/17/2004 | 03/15/1973 | 21 |
| | CHRISTOPHE | 700344 | 301 | | 09/08/1987 | 09/13/1960 | 59 |
| | KAREN | 700943 | 302 | | 09/30/1993 | 12/01/1966 | 59 |
| | RICHARD | 701928 | 602 | | 12/30/2004 | 02/05/1976 | 54 |
| | HUI MIN | 701887 | 302 | | 08/31/2004 | 01/14/1983 | 54 |
| | JERRY | 701250 | 201 | | 08/27/1997 | 10/23/1957 | 59 |
| | CARL | 701186 | 401 | | 11/01/2004 | 06/08/1976 | 54 |
| | JAMES | 700950 | 201 | | 12/06/1993 | 06/09/1953 | 59 |
| | RONALD | 701923 | 601 | | 12/13/2004 | 04/29/1964 | 53 |
| | VALERIE | 701845 | 302 | | 05/17/2004 | 09/11/1965 | 54 |
| | MANUEL | 701353 | 201 | | 05/20/1999 | 03/13/1965 | 99 |
| | BARTELIO | 701438 | 302 | | 01/26/2000 | 05/15/1969 | 99 |
| | AVIS | 701376 | 301 | | 06/05/2001 | 12/20/1949 | 99 |
| | RICHARD | 701013 | 201 | | 09/13/1994 | 03/31/1953 | 99 |
| | GEORGE | 700034 | 201 | | 02/21/1985 | 02/15/1950 | 59 |
| | DENNIS | 701919 | 602 | | 11/22/2004 | 04/19/1960 | 54 |
| | ALBERTO | 701719 | 302 | | 04/29/2003 | 12/13/1959 | 99 |
| | MICHAEL | 700850 | 401 | | 12/16/2002 | 01/06/1971 | 21 |

Post-it® Fax Note   7671   Date 3-14-05   # of pages ▶ 1
To Sadie Ishee   From Allison
Co./Dept.   Co.
Phone #   Phone #
Fax #   Fax #

ALPHA

GROUP OF CLIENTS: I/P

CALENDAR: NONE SE

SORT: NAME

SELECTION:

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| ████ | MIKAIL | 701942 | 601 | ████ | 02/08/2005 | 08/22/1969 | 54 |
| ████ | JOSE | 700035 | 202 | ████ | 03/15/2001 | 05/05/1946 | 59 |
| ████ | PERICVAL | 701932 | 202 | | 01/07/2005 | 01/04/1926 | 50 |
| ████ | TULIO | 701869 | 601 | | 07/14/2004 | 01/29/1954 | 54 |
| ████ | ROBERT | 701815 | 602 | ████ | 01/07/2005 | 02/15/1972 | 54 |
| ████ | WANIKA | 701431 | 302 | ████ | 02/07/2002 | 08/31/1970 | 99 |
| ████ | APPUKKUTTA | 701691 | 302 | ████ | 01/30/2003 | 08/15/1942 | 56 |
| N████ | JAMES | 701274 | 201 | | 02/05/1998 | 11/25/1942 | 99 |
| N████ | PAUL | 701478 | 202 | | 10/30/2001 | 12/11/1952 | 59 |
| O████ | MELVIN | 701933 | 602 | | 01/13/2005 | 06/12/1958 | 54 |
| O████ | WORKU | 701675 | 302 | | 12/03/2002 | 02/10/1958 | 54 |
| P████ | KENNETH | 701936 | 601 | | 01/24/2005 | 08/08/1977 | 53 |
| P████ | NEVILLE | 701838 | 202 | ████ | 04/21/2004 | 01/01/1956 | 99 |
| P████ | PATRICK | 701528 | 401 | | 02/28/2001 | 05/13/1971 | 59 |
| P████ | VICTOR | 700993 | 301 | | 07/05/1994 | 04/11/1943 | 99 |
| P████ | WILLIAM | 701141 | 201 | | 01/13/1998 | 12/01/1958 | 99 |
| P████ | JULIO | 701909 | 601 | | 11/03/2004 | 11/10/1958 | 21 |
| P████ | HUNG | 701550 | 201 | ████ | 07/12/2001 | 02/05/1970 | 99 |
| P████ | JAMES | 701937 | 602 | | 01/24/2005 | 01/04/1946 | 54 |
| P████ | VIRGINIA | 700420 | 302 | | 05/08/2003 | 03/07/1960 | 59 |
| P████ | PIETRO | 700085 | 202 | | 07/30/1985 | 04/07/1939 | 99 |
| P████ | DAMIEN | 701532 | 302 | | 04/08/2004 | 05/06/1982 | 50 |
| R████ | DANIEL | 700725 | 201 | | 06/13/1991 | 12/24/1960 | 99 |
| R████ | NEAL | 701927 | 601 | | 12/28/2004 | 10/05/1959 | 53 |
| R████S | ELIO | 701908 | 602 | ████ | 11/01/2004 | 06/01/1955 | 54 |
| R████ | DWAYNE | 700089 | 301 | | 08/01/1985 | 10/16/1958 | 59 |
| R████ | DOMINGO | 700395 | 301 | | 03/09/1988 | 03/21/1956 | 59 |
| R████ | JULIO | 700293 | 401 | | 02/01/2005 | 03/08/1967 | 53 |
| R████ | LILA | 701921 | 301 | | 11/29/2004 | 06/02/1973 | 50 |
| R████ | EUNICE | 701791 | 301 | ████ | 12/19/2003 | 05/18/1978 | 54 |
| R████ | RUBY | 701658 | 302 | | 03/19/2004 | 12/19/1966 | 54 |
| R████ | JAMIE | 701769 | 202 | | 05/26/2004 | 10/07/1977 | 58 |
| R████ | DAVID | 701941 | 602 | | 02/03/2005 | 06/28/1963 | 54 |
| R████ | ROBERT | 700793 | 201 | | 12/01/1994 | 02/13/1944 | 59 |
| S████ | JOHN | 701364 | 301 | ████ | 07/06/2000 | 03/18/1976 | 56 |
| S████ | HARRY | 701669 | 202 | | 12/02/2004 | 09/14/1942 | 56 |
| S████ | RICHARD | 700137 | 202 | | 09/26/1985 | 08/18/1952 | 59 |
| S████ | BRIAN | 700909 | 601 | | 02/22/2005 | 08/13/1961 | 54 |
| S████ | ADELE | 701726 | 301 | | 05/11/1993 | 09/17/1956 | 59 |
| S████ | REGINALD | 701824 | 601 | | 02/25/2005 | 10/05/1966 | 50 |
| S████ | JOSE | 701659 | 202 | | 03/24/2004 | 11/10/1946 | 54 |
| S████ | | 701946 | 401 | | 12/09/2004 | 03/16/1980 | 21 |
| S████ | MARTIL | 701756 | 601 | | 02/22/2005 | 11/10/1960 | 53 |
| S████ | RACHEEN | 701084 | 601 | | 02/15/2005 | 03/27/1976 | 54 |
| T████ | RALPH | 700896 | 201 | | 08/10/1995 | 02/28/1975 | 59 |
| | ANTHONY | | 202 | | 03/23/1993 | 04/02/1961 | 21 |

FORENSIC PSY. CTR. - A REPORT OF CASE RECORDS

NONE SEL

GROUP OF CLIENTS: I/P

SORT: NAME

SELECTION:

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| | EDWARD | 701689 | 202 | | 01/24/2003 | 12/06/1946 | 99 |
| | THOMAS | 701172 | 201 | | 09/28/2000 | 11/20/1962 | 59 |
| | YASMINE | 701801 | 301 | | 10/15/2004 | 06/25/1980 | 54 |
| | CHEN | 701703 | 302 | | 06/07/2004 | 06/17/1976 | 54 |
| | JAVIER | 701650 | 601 | | 04/27/2001 | 02/06/1975 | 54 |
| | ERNEST | 701876 | 602 | | 08/04/2004 | 01/21/1966 | 58 |
| | ZAYO | 701899 | 202 | | 10/04/2004 | 12/06/1961 | 54 |
| | EDDIE | 701873 | 602 | | 07/29/2004 | 07/13/1958 | 54 |
| | DENISE | 701746 | 302 | | 07/08/2003 | 11/25/1979 | 99 |
| | JEFFREY | 700104 | 302 | | 04/21/1995 | 12/26/1954 | 59 |
| | RAYMOND | 700043 | 201 | | 02/21/1985 | 04/25/1941 | 59 |
| | GLEN | 700190 | 301 | | 10/14/1997 | 01/29/1956 | 59 |
| | JOSEPH | 701683 | 601 | | 07/21/2004 | 02/01/1980 | 54 |
| | MICHAEL | 701904 | 601 | | 10/14/2004 | 09/04/1955 | 54 |
| | NIGEL | 701882 | 401 | | 08/17/2004 | 05/22/1978 | 52 |
| | CRYSTAL | 701732 | 301 | | 05/22/2003 | 03/05/1976 | 99 |
| | YUK | 701020 | 302 | | 04/10/2001 | 11/13/1949 | 59 |
| | ELLIS | 700321 | 202 | | 10/12/1989 | 04/18/1938 | 59 |
| | RANDY | 701737 | 602 | | 08/23/2004 | 06/21/1975 | 54 |
| | SABRINA | 701744 | 301 | | 07/01/2003 | 01/29/1972 | 99 |
| | TIAN | 701844 | 302 | | 05/13/2004 | 08/01/1951 | 54 |
| | CHENG | 701912 | 302 | | 11/08/2004 | 09/30/1974 | 50 |

3/1/05 report

```
  ************************************************************************
  *
  *            REPORTS PROGRAM                              06/08/2005
  *
  *  NAME OF REPORT   ALPHA
  *  TITLE OF REPORT:
  *
  *  OUTPUT ORDER:  NAM                  LIBRARY FUNCTION:  SAVE: X  REMOVE:
  *
  *  GROUPS OF CLIENTS:        INPATIENTS: X  OUTPATIENTS:   FAMILY CARE:
  *                    CONVALSCENT CARE:       CONTACTS:     TERMINATED:
  *
  *  ADDITIONAL SELECTION CRITERIA:
  *      MNEMONIC  LOWER LIMIT  UPPER LIMIT      MNEMONIC  LOWER LIMIT  UPPER LIMIT
  *   1.                                      2.
  *   3.                                      4.
  *   5.                                      6.
  *   7.                                      8.
  *  SELECTION LOGIC:
  *
  *  HISTORY DATES:  LOWER:          UPPER:                 COUNTS ONLY:
  *
  *  REPORT MNEMONICS:  WRD   SSN  DOA   DOB   LEG
  *
  ************************************************************************
```

THE FOLLOWING SAVED REPORTS ARE STORED ON THE REPORTS LIBRARY:

|          | AGE2     | AGE2WRD   | AGE2X     | AGE21     | AGE60     | ALL330   | ALL330A   | ALL330B  |
|----------|----------|-----------|-----------|-----------|-----------|----------|-----------|----------|
| ALL330D  | ALL330X  | ALL330Y   | ALPHA     | ALPHA2    | A73050    | CIVIL    | CNUMDSC   | CNUM1    |
| DELUSION | DENTIST  | DISCHARGE | DISCNUM   | DOA       | DOB       | DSC2     | DSC402    | DTH      |
| ETT      | HCFACENS | HCFADTHS  | HOSP      | HXDIA     | ITF       | ITT      | LEG       | LEGAL    |
| LEGAL2   | LEGAL330 | LEGEXDATE | LEGEXDTE2 | LEGSTEXP  | LEG54     | LESS90   | LOS       | ORYX116  |
| OTIS1    | READMI   | READMITS  | REL       | RELIGION  | REL2      | REL3     | SAM       | SSN      |

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| A▓▓▓ | RONALD | 700964 | 301 | ▓▓▓ | 01/19/1994 | 12/13/1957 | 59 |
| A▓▓▓ | ALBERT | 701865 | 302 | | 07/02/2004 | 06/30/1976 | 99 |
| A▓▓▓ | HELEN | 701970 | 301 | | 05/12/2005 | 01/08/1959 | 50 |
| A▓ | FLOYD | 700243 | 201 | ▓▓▓ | 01/16/1998 | 05/19/1954 | 59 |
| B▓▓ | SIDNEY | 700154 | 202 | ▓▓▓ | 11/15/1993 | 08/29/1949 | 59 |
| B▓▓▓ | GARDNER | 700140 | 202 | ▓▓▓ | 10/01/1985 | 09/16/1957 | 99 |
| B▓▓▓ | DINOGLU | 700886 | 202 | ▓▓▓ | 11/01/1994 | 11/09/1962 | 59 |
| B▓▓ | CHARLES | 700171 | 202 | ▓▓▓ | 09/30/1997 | 10/07/1961 | 99 |
| C▓▓▓ | NELSON | 700004 | 202 | ▓▓▓ | 02/21/1985 | 05/26/1953 | 59 |
| C▓▓▓ | ANGELA | 701289 | 301 | ▓▓▓ | 12/24/2004 | 12/06/1961 | 54 |
| C▓▓▓ | CECILIA | 700049 | 302 | ▓▓▓ | 12/23/1992 | 09/02/1951 | 99 |
| C▓▓▓ | ERNESTO | 701972 | 601 | | 05/20/2005 | 12/28/1960 | 54 |
| C▓▓▓ | LOURDES | 700580 | 301 | | 03/02/1998 | 10/27/1952 | 59 |
| C▓▓ | CHARLES | 701099 | 201 | ▓▓▓ | 06/05/1997 | 09/16/1950 | 59 |
| C▓▓ | MICHAEL | 701945 | 602 | ▓▓▓ | 02/22/2005 | 06/08/1966 | 54 |
| C▓▓▓ | EUGENE | 701872 | 302 | | 07/21/2004 | 07/22/1945 | 99 |
| C▓▓▓ | ALFRED | 701931 | 401 | ▓▓▓ | 12/30/2004 | 07/27/1979 | 20 |
| C▓▓ | WILLIAM | 701722 | 202 | ▓▓▓ | 05/01/2003 | 11/30/1956 | 56 |
| C▓▓▓ | CHERI | 701597 | 302 | ▓▓▓ | 12/16/2003 | 01/26/1971 | 54 |
| C▓▓▓ | LAMONT | 701705 | 302 | ▓▓▓ | 03/12/2003 | 12/12/1966 | 56 |
| C▓▓▓ | CLYDE | 701868 | 302 | ▓▓▓ | 07/12/2004 | 11/27/1953 | 54 |
| C▓▓▓▓▓▓▓ | JARED | 700822 | 201 | ▓▓▓ | 05/19/1992 | 02/26/1970 | 59 |
| C▓▓▓ | MATTHEW | 701890 | 201 | | 09/15/2004 | 01/17/1985 | 50 |
| C▓▓▓▓ | RONALD | 700023 | 202 | ▓▓▓ | 02/21/1985 | 01/26/1942 | 99 |
| C▓▓ | EMANUEL | 701964 | 601 | | 04/20/2005 | 05/08/1984 | 54 |
| D▓▓ | BERNARD | 701965 | 602 | | 04/22/2005 | 08/27/1967 | 54 |
| D▓▓▓ | KARRIEM | 701968 | 602 | | 05/09/2005 | 04/17/1968 | 53 |
| D▓▓ | JAMES | 700098 | 201 | ▓▓▓ | 10/27/1987 | 02/26/1950 | 99 |
| D▓▓▓ | CARLOS | 701971 | 601 | | 05/17/2005 | 05/08/1982 | 53 |
| D▓▓ | MICHAEL | 701871 | 201 | | 07/16/2004 | 08/01/1966 | 99 |
| E▓▓▓▓ | RAFAEL | 701967 | 601 | | 05/06/2005 | 08/17/1976 | 52 |
| E▓▓▓▓ | LARRY | 701949 | 601 | ▓▓▓ | 02/25/2005 | 05/31/1956 | 54 |
| E▓▓▓▓ | LAWRENCE | 700025 | 201 | ▓▓▓ | 02/21/1985 | 12/25/1943 | 99 |
| E▓▓▓ | TED | 700080 | 301 | | 12/20/1996 | 07/03/1953 | 59 |
| E▓▓▓ | GREG | 700760 | 202 | | 09/24/1991 | 09/28/1955 | 59 |
| F▓▓▓▓ | JOHN | 700938 | 201 | ▓▓▓ | 09/29/2003 | 11/27/1953 | 99 |
| F▓▓▓▓▓ | CHRISTOPHE | 701962 | 601 | ▓▓▓ | 04/15/2005 | 09/05/1978 | 54 |
| F▓▓▓ | VINCENT | 701960 | 602 | ▓▓▓ | 03/24/2005 | 11/09/1922 | 50 |
| F▓▓▓▓ | GARY | 700005 | 201 | ▓▓▓ | 02/21/1985 | 01/03/1962 | 59 |
| F▓▓▓ | JANE | 701963 | 301 | ▓▓▓ | 04/15/2005 | 10/22/1951 | 53 |
| G▓▓▓▓ | CURTIS | 700376 | 301 | ▓▓▓ | 03/02/1990 | 11/06/1967 | 99 |
| G▓▓▓▓ | JERMEL | 701266 | 601 | ▓▓▓ | 04/01/2005 | 08/08/1979 | 54 |
| G▓▓▓▓ | MARCO | 701307 | 201 | ▓▓▓ | 10/29/1998 | 03/20/1973 | 59 |
| G▓▓▓ | LEEMART | 701900 | 401 | | 10/06/2004 | 07/20/1961 | 54 |
| G▓▓▓ | OSCAR | 701911 | 601 | | 11/08/2004 | 08/06/1961 | 54 |

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| G▓ | STEVEN | 700868 | 201 | ▓ | 12/01/1992 | 04/27/1963 | 59 |
| G▓ | MILTON | 701634 | 302 | ▓ | 04/23/2004 | 11/15/1972 | 99 |
| G▓ | TIRZO | 701918 | 601 | ▓ | 11/22/2004 | 03/25/1964 | 54 |
| G▓ | THOMAS | 701897 | 601 | ▓ | 10/01/2004 | 09/18/1956 | 54 |
| H▓ | NELVIN | 701953 | 602 | ▓ | 03/11/2005 | 01/18/1982 | 53 |
| H▓ | GERARD | 701421 | 302 | ▓ | 11/10/1999 | 10/13/1963 | 99 |
| H▓ | REUBEN | 701136 | 302 | ▓ | 07/25/1996 | 05/27/1952 | 99 |
| H▓ | GERRARD | 701939 | 601 | ▓ | 01/26/2005 | 02/15/1977 | 54 |
| H▓ | SHIRLEY | 700046 | 301 | ▓ | 09/04/1990 | 02/17/1953 | 21 |
| H▓ | CHRISTOPHE | 701803 | 602 | ▓ | 05/17/2001 | 11/21/1972 | 54 |
| H▓ | KELVIN | 701959 | 601 | ▓ | 03/22/2005 | 09/23/1984 | 54 |
| H▓ | RICHARD | 700146 | 301 | ▓ | 06/27/1989 | 10/27/1964 | 59 |
| H▓ | DWAYNE | 701359 | 401 | ▓ | 07/18/2002 | 07/13/1967 | 56 |
| H▓ | BI-YUN | 701841 | 302 | ▓ | 05/07/2004 | 05/09/1964 | 54 |
| H▓ | MARCELLE | 700583 | 301 | ▓ | 02/01/2002 | 02/16/1950 | 59 |
| J▓ | SUNG CHUL | 701974 | 602 | ▓ | 06/01/2005 | 08/11/1957 | 54 |
| J▓ | DAVID | 700795 | 401 | ▓ | 04/04/2005 | 02/14/1964 | 21 |
| K▓ | JOHN | 701557 | 202 | ▓ | 08/20/2001 | 12/05/1958 | 99 |
| K▓ | MICHAEL | 701583 | 302 | ▓ | 10/17/2003 | 05/08/1970 | 56 |
| K▓ | MYUNG HWAN | 700960 | 202 | ▓ | 07/29/1997 | 04/01/1963 | 59 |
| K▓ | PAVLIN | 701973 | 601 | ▓ | 05/26/2005 | 01/20/1971 | 54 |
| L▓ | ALLAN | 701163 | 201 | ▓ | 03/12/1998 | 07/26/1975 | 59 |
| L▓ | EDDIE | 701917 | 602 | ▓ | 11/17/2004 | 03/15/1973 | 21 |
| I▓ | CHRISTOPHE | 700344 | 301 | ▓ | 09/08/1987 | 09/13/1960 | 99 |
| L▓ | KAREN | 700943 | 302 | ▓ | 09/30/1993 | 12/01/1966 | 59 |
| L▓ | RICHARD | 701928 | 602 | ▓ | 12/30/2004 | 02/05/1976 | 54 |
| L▓ | HUI MIN | 701887 | 302 | ▓ | 08/31/2004 | 01/14/1983 | 54 |
| L▓ | JERRY | 701250 | 201 | ▓ | 08/27/1997 | 10/23/1957 | 99 |
| M▓ | JAMES | 700950 | 201 | ▓ | 12/06/1993 | 06/09/1953 | 59 |
| M▓ | VALERIE | 701845 | 302 | ▓ | 05/17/2004 | 09/11/1965 | 54 |
| M▓ | MANUEL | 701353 | 201 | ▓ | 05/20/1999 | 03/13/1965 | 99 |
| M▓ | BARTELIO | 701438 | 302 | ▓ | 01/26/2000 | 06/15/1969 | 99 |
| M▓ | TANEQUA | 701956 | 301 | ▓ | 03/15/2005 | 08/03/1979 | 50 |
| M▓ | RICHARD | 701013 | 201 | ▓ | 09/13/1994 | 03/31/1953 | 99 |
| M▓ | GEORGE | 700034 | 201 | ▓ | 02/21/1985 | 02/15/1950 | 59 |
| M▓ | MICHAEL | 700850 | 401 | ▓ | 12/16/2002 | 01/06/1971 | 21 |
| M▓ | MIKAIL | 701942 | 601 | ▓ | 02/08/2005 | 08/22/1969 | 54 |
| M▓ | JOSE | 700035 | 202 | ▓ | 03/15/2001 | 05/05/1946 | 59 |
| M▓ | PERCIVAL | 701932 | 202 | ▓ | 01/07/2005 | 01/04/1926 | 99 |
| M▓ | WANIKA | 701431 | 302 | ▓ | 02/07/2002 | 08/31/1970 | 99 |
| N▓ | JAMES | 701274 | 201 | ▓ | 02/05/1998 | 11/25/1942 | 99 |
| N▓ | MICHAEL | 701958 | 602 | ▓ | 03/22/2005 | 02/25/1951 | 54 |
| N▓ | ROBERT | 701969 | 602 | ▓ | 05/12/2005 | 12/25/1972 | 54 |
| O'▓ | PAUL | 701478 | 202 | ▓ | 10/30/2001 | 12/11/1952 | 59 |
| O▓ | WORKU | 701675 | 302 | ▓ | 12/03/2002 | 02/10/1958 | 54 |
| P▓ | NEVILLE | 701838 | 202 | ▓ | 04/21/2004 | 01/01/1956 | 99 |

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| [redacted] | PATRICK | 701528 | 401 | [redacted] | 02/28/2001 | 05/13/1971 | 59 |
| [redacted] | VICTOR | 700993 | 301 | [redacted] | 07/05/1994 | 04/11/1943 | 99 |
| [redacted] | WILLIAM | 701141 | 201 | [redacted] | 01/13/1998 | 12/01/1958 | 99 |
| [redacted] | ELIZABETH | 700902 | 401 | [redacted] | 04/11/2005 | 04/05/1966 | 20 |
| [redacted] | HUNG | 701550 | 201 | [redacted] | 07/12/2001 | 02/05/1970 | 99 |
| [redacted] | JAMES | 701937 | 602 | [redacted] | 01/24/2005 | 01/04/1946 | 54 |
| [redacted] | ALEXANDER | 701954 | 601 | [redacted] | 03/11/2005 | 08/13/1979 | 54 |
| [redacted] | VIRGINIA | 700420 | 302 | [redacted] | 05/08/2003 | 03/07/1960 | 59 |
| [redacted] | PIETRO | 700085 | 202 | [redacted] | 07/30/1985 | 04/07/1939 | 99 |
| [redacted] | FREDERICK | 701957 | 401 | [redacted] | 03/17/2005 | 12/06/1979 | 21 |
| [redacted] | DAMIEN | 701532 | 302 | [redacted] | 04/08/2004 | 05/06/1982 | 50 |
| [redacted] | DANIEL | 700725 | 201 | [redacted] | 06/13/1991 | 12/24/1960 | 99 |
| [redacted] | CESAR | 701955 | 602 | [redacted] | 03/15/2005 | 09/27/1983 | 54 |
| [redacted] | ELIO | 701908 | 602 | [redacted] | 11/01/2004 | 06/01/1955 | 54 |
| [redacted] | DWAYNE | 700089 | 301 | [redacted] | 08/01/1985 | 10/16/1958 | 59 |
| [redacted] | DOMINGO | 700395 | 301 | [redacted] | 03/09/1988 | 03/21/1956 | 59 |
| [redacted] | LILA | 701921 | 301 | [redacted] | 11/29/2004 | 06/02/1973 | 99 |
| [redacted] | EUNICE | 701791 | 401 | [redacted] | 12/19/2003 | 05/18/1978 | 54 |
| [redacted] | JAMIE | 701769 | 202 | [redacted] | 05/26/2004 | 10/07/1977 | 58 |
| [redacted] | WILLIAM | 701393 | 202 | [redacted] | 05/17/2005 | 11/28/1932 | 54 |
| [redacted] | ROBERT | 700793 | 201 | [redacted] | 12/01/1994 | 09/14/1942 | 99 |
| [redacted] | HARRY | 701669 | 202 | [redacted] | 12/02/2004 | 09/14/1942 | 56 |
| [redacted] | RICHARD | 700137 | 202 | [redacted] | 09/26/1985 | 08/18/1952 | 59 |
| [redacted] | BRIAN | 701947 | 601 | [redacted] | 02/22/2005 | 08/13/1961 | 54 |
| [redacted] | ADELE | 700909 | 301 | [redacted] | 05/11/1993 | 09/17/1966 | 99 |
| [redacted] | REGINALD | 701726 | 601 | [redacted] | 02/25/2005 | 10/05/1966 | 99 |
| [redacted] | JOSE | 701824 | 202 | [redacted] | 03/24/2004 | 11/10/1946 | 56 |
| [redacted] | LUIS | 701659 | 401 | [redacted] | 12/09/2004 | 03/16/1980 | 21 |
| [redacted] | MARTIL | 701946 | 601 | [redacted] | 02/22/2005 | 11/10/1960 | 20 |
| [redacted] | RACHEEN | 701756 | 601 | [redacted] | 02/15/2005 | 03/27/1976 | 54 |
| [redacted] | RALPH | 701084 | 201 | [redacted] | 08/10/1995 | 02/28/1975 | 99 |
| [redacted] | ANTHONY | 700896 | 202 | [redacted] | 03/23/1993 | 04/02/1961 | 21 |
| [redacted] | EDWARD | 701689 | 202 | [redacted] | 01/24/2003 | 12/06/1946 | 99 |
| [redacted] | ROBERT | 701861 | 602 | [redacted] | 05/06/2005 | 05/31/1969 | 54 |
| [redacted] | THOMAS | 701172 | 201 | [redacted] | 09/28/2000 | 11/20/1962 | 59 |
| [redacted] | YASMINE | 701801 | 301 | [redacted] | 10/15/2004 | 06/25/1980 | 54 |
| [redacted] | JAVIER | 701650 | 601 | [redacted] | 04/27/2004 | 02/06/1975 | 99 |
| [redacted] | ERNEST | 701876 | 602 | [redacted] | 08/04/2004 | 01/21/1966 | 58 |
| [redacted] | ZAYO | 701899 | 202 | [redacted] | 10/04/2004 | 12/06/1961 | 54 |
| [redacted] | DENISE | 701746 | 302 | [redacted] | 07/08/2003 | 11/25/1979 | 99 |
| [redacted] | JEFFREY | 700104 | 302 | [redacted] | 04/21/1995 | 12/26/1954 | 59 |
| [redacted] | RAYMOND | 700043 | 201 | [redacted] | 02/21/1985 | 04/25/1941 | 59 |
| [redacted] | CHRISTOPHE | 701975 | 601 | [redacted] | 06/01/2005 | 01/01/1965 | 54 |
| [redacted] | DOUGLAS | 701966 | 602 | [redacted] | 04/26/2005 | 08/03/1953 | 54 |
| [redacted] | GLEN | 700190 | 301 | [redacted] | 10/14/1997 | 01/29/1956 | 59 |
| [redacted] | JOSEPH | 701683 | 601 | [redacted] | 07/21/2004 | 02/01/1980 | 54 |

SELECTION:

| LAST NAME | FIRST NAME | CASE NUMBER | WARD | SOC-SEC NUMBER | ADMISSION DATE | BIRTH DATE | LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| W▬▬ | MICHAEL | 701904 | 601 | ▬▬ | 10/14/2004 | 09/04/1959 | 54 |
| W▬ | VAN | 701867 | 602 | ▬▬ | 03/09/2005 | 08/22/1973 | 54 |
| W▬ | CRYSTAL | 701732 | 301 | ▬▬ | 05/22/2003 | 03/05/1976 | 99 |
| W▬ | YUK | 701020 | 302 | ▬▬ | 04/10/2001 | 11/13/1949 | 59 |
| W▬ | ELLIS | 700321 | 202 | ▬▬ | 10/12/1989 | 04/18/1938 | 59 |
| W▬ | RANDY | 701737 | 602 | ▬▬ | 08/23/2004 | 06/21/1975 | 54 |
| Z▬ | SABRINA | 701744 | 301 | ▬▬ | 07/01/2003 | 01/29/1972 | 99 |
| Z▬ | TIAN | 701844 | 302 | | 05/13/2004 | 08/01/1951 | 54 |
| | CHENG | 701912 | 302 | | 11/08/2004 | 09/30/1974 | 50 |

SORT: NAME