UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| MARVIN BERNSTEIN, Director, Mental Hygiene Legal Service, First Judicial Department, and MICHAEL B., EUGENE C., and EDDIE L., patients at Kirby Forensic Psychiatric Facility, on behalf of themselves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> -v.-<br><br>GEORGE E. PATAKI, in his official capacity as Governor of the State of New York, SHARON CARPINELLO, in her official capacity as Commissioner of the New York State Office of Mental Health, and EILEEN CONSILVIO, in her official capacity as Director of Kirby Forensic Psychiatric Facility,<br><br>    Defendants. | **NOTICE OF APPEAL**<br><br>05 Civ. 1322 (GEL)(THK) |

----------------------------------------------------------------X

  NOTICE IS HEREBY GIVEN that all Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the order dated December 13, 2005 and entered on the docket on December 19, 2005, which granted Defendants' motion to dismiss their action for failure to state a claim upon which relief could be granted and denied Plaintiffs' class certification motion as moot; and from the judgment entered in this action on December 23, 2005.

Dated: New York, New York
    January 12, 2006

                  MARVIN BERNSTEIN, Director
                  Mental Hygiene Legal Service, First Dept.
                    S/
                  _____
                  BY: Stephen J. Harkavy (SH-0586)
                  <u>Attorney for Plaintiffs-Appellants</u>
                  60 Madison Avenue, 2nd Floor
                  New York, New York 10010
                  Phone: (212) 779-1734

To:    ELIOT SPITZER
Attorney General of the State of New York
(Edward J. Curtis, Jamila Berridge,
Assistant Attorneys General, of counsel)
<u>Attorney for Defendants-Appellees</u>
120 Broadway, 25th Floor
New York, New York 10271
Phone: (212) 416-8641