UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN BERNSTEIN, Director, Mental Hygiene Legal Service, First Judicial Department, and MICHAEL B., EUGENE C., and EDDIE L., patients at Kirby Forensic Psychiatric Facility, on behalf of themselves and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  - against -<br><br>GEORGE E. PATAKI, in his official capacity as Governor of the State of New York, SHARON CARPINELLO, in her official capacity as Commissioner of the New York State Office of Mental Health, and EILEEN CONSILVIO, in her official capacity as Director of Kirby Forensic Psychiatric Facility<br><br>       Defendants. | **NOTICE OF APPEARANCE**<br>CV-05-1322<br>(GEL)(THK) |

  **PLEASE TAKE NOTICE** that Matthew Silverman herewith enters his appearance in the captioned action on behalf of the defendants in this matter.

Dated: New York, New York
    April 24, 2007

              Respectfully submitted,

              ANDREW M. CUOMO
              Attorney General of the
              State of New York
              <u>Attorney for Defendants</u>

              By:_____
              MATTHEW SILVERMAN (4595)
              Assistant Attorney General
              120 Broadway
              New York, New York 10271
              (212) 416-8534

```
To:   MARVIN BERNSTEIN, Director
      Mental Hygiene Legal Service,
      First Dept., By SADIE ZEA ISHEE
      60 Madison Ave., 2nd Floor
      New York, NY 10010
      (212) 779-1734
```