UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MARVIN BERNSTEIN, Director, Mental :
Hygiene Legal Service, First
Judicial Department, and MICHAEL :
B., EUGENE C., EDDIE L., patients
at Kirby Forensic Psychiatric : **CIVIL CASE MANAGEMENT PLAN**
Facility, on behalf of themselves
and on behalf of all others :
similarly situated,
              :
                                        05-CV-1322 (GEL)(THK)
            Plaintiffs,   :

      -against-           :

GEORGE E. PATAKI, in his official :
capacity as Governor of the State
of New York, SHARON CARPINELLO, in :
her official capacity as
Commissioner of the New York State :
Office of Mental Health, and
EILEEN CONSILVIO, in her official :
capacity as Director of Kirby
Forensic Psychiatric Facility,  :

            Defendants.   :

------------------------------------X

      After consultation with counsel for all parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

      1. The case is not to be tried by a jury. Scheduling of pre-trial practice should be arranged with a view to having the case ready for trial within approximately six months of the initial pre-trial conference.

      2. Joinder of additional parties must be accomplished by **June 30, 2007**.

      3. Amended pleadings may be filed until **June 30, 2007**.

      4. All fact discovery is to be completed by **November 1, 2007**. Interim deadlines set below may be extended by the

parties on consent without application to the Court, provided the parties can still meet the discovery completion date ordered by the Court, which shall not be adjourned except upon a showing of extraordinary circumstances.

    A. First request for production of documents, if any, to be served by **June 30, 2007**.

    B. Interrogatories pursuant to Local Rule 33.3(a) of the Civil Rules of the Southern District of New York to be served by **August 31, 2007**. No other interrogatories are permitted except upon prior express permission of the Court.

    C. Depositions are to be completed by **September 28, 2007**.

        i. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

        ii. Depositions shall proceed concurrently.

        iii. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

        iv. No depositions shall be extended beyond two business days without prior leave of the Court.

    D. Experts, if any, are to be designated by **August 31, 2007**, and expert reports exchanged no later than **September 14, 2007**. Experts may be deposed, but such depositions must occur within the time limits set forth for all depositions set forth above.

    E. Requests to Admit, if any, are to be served no later than **October 19, 2007**.

    5. All motions and applications shall be governed by the Court's Individual Practice Rules, which are available on the Internet at http://www.nysd.uscourts.gove. Note that under those rules, two courtesy copies of all motion papers are to be provided to chambers by the movant at the time the reply is filed. It is the responsibility of the movant to make sure that all copies of all parties' papers are provided at that time.

Any party may request oral argument by letter at the time reply papers are filed. Whether or not requested, the Court will determine whether and when oral argument is to be held.

6. The joint pretrial order shall be filed no later than 30 days after completion of discovery, or after the final decision of any dispositive motions, whichever is later, unless a different date is set by order of the Court. The requirements for the pre-trial order and other pre-trial submissions shall be government by the Court's Individual Practice Rules.

7. Counsel do not consent to trial by a U.S. Magistrate Judge.

**NEXT CASE MANAGEMENT CONFERENCE WILL BE HELD NOVEMBER 2, 2007 at** ~~11:00a.m.~~ 4:30 p.M.

Dated:
New York, New York
June 19, 2007

SO ORDERED:

_/s/ Gerard E. Lynch_
GERARD E. LYNCH
United States District Judge

MARVIN BERNSTEIN, Director
Mental Hygiene Legal Service, First Dept.
Attorney for Plaintiff
By: Sadie Zea Ishee, Esq.
41 Madison Ave., 26th Floor
New York, NY 10010
Phone: (212) 779-1734
Fax:   (212) 779-7899

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for Defendants
By: Matthew Silverman, Esq.
120 Broadway, 24th Floor
New York, NY 10271
Phone: (212) 416-8534
Fax:   (212) 416-6075