Lynch, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARVIN BERNSTEIN, Director,
Mental Hygiene Legal Service,
First Judicial Department, and
MICHAEL B., EUGENE C., and
EDDIE L., patients at Kirby Forensic
Psychiatric Facility, on behalf of themselves
and on behalf of all others
similarly situated,

                                    Plaintiffs,

                        -v.-

GEORGE E. PATAKI, in his official capacity as
Governor of the State of New York,
SHARON CARPINELLO, in her official capacity
as Commissioner of the
New York State Office of Mental Health,
and EILEEN CONSILVIO,
in her official capacity as Director of Kirby
Forensic Psychiatric Facility,

                                    Defendants.
----------------------------------------------------------------X



05 Civ. 1322 (GEL)
STIPULATION

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, subject to the approval of the court, that the caption in the above-captioned case is amended to reflect the following:

1.     Plaintiffs Michael B., Eugene C., and Eddie L. have now been transferred from Kirby Forensic Psychiatric Center and are no longer members of the patient class described in the complaint at ¶ 3. This action is therefore moot as to them. Defendants will not object to Marvin Bernstein, as Director of the Mental Hygiene Legal Service, asserting associational standing on

behalf of the patient class described in the Complaint at ¶ 3. *See Bernstein v. Pataki*, No. 06-0481 at *3 (2d Cir. 2007) (summary order) (discussing Mr. Bernstein's standing).

2. The parties also agree that, pursuant to Fed. R. Civ. P. 25 (d), the originally-named Defendants, sued in their official capacities, no longer occupy the offices identified in the complaint. The following Defendants must be substituted in this action: ELIOT SPITZER, in his official capacity as Governor of the State of New York; MICHAEL HOGAN, in his official capacity as Commissioner of the New York State Office fo Mental Health, and STEVE RABINOWITZ, in his official capacity as Acting Director of Kirby Forensic Psychiatric Center.

3. Accordingly, the parties agree that the caption in this case should now appear as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARVIN BERNSTEIN, Director,
Mental Hygiene Legal Service,
First Judicial Department,                                       05 Civ. 1322 (GEL)

                    Plaintiff,

    -v.-

ELIOT SPITZER, in his official capacity as
Governor of the State of New York,
MICHAEL HOGAN, in his official capacity
as Commissioner of the
New York State Office of Mental Health,
and STEVE RABINOWITZ,
in his official capacity as Acting Director of
Kirby Forensic Psychiatric Facility,

                    Defendants.

----------------------------------------------------------------X

4. Finally, it is hereby stipulated and agreed that Plaintiffs' pending Motion for Class

Certification (Docket Doc. #13) is withdrawn in light of the parties' agreement in Paragraph 1, above.

Dated: 6/20/07

_____
MARVIN BERNSTEIN, Director
Mental Hygiene Legal Service, First Dept.
Attorney for Plaintiff
By: Sadie Zea Ishee, Esq.
41 Madison Avenue, 26th Floor
New York, New York 10010
Phone: (212) 779-1734
Fax:    (212) 779-7899

Dated: 6/20/07

_____
ANDREW CUOMO,
Attorney General of the State of New York
Attorney for Defendants
By: Matthew Silverman, Esq.
120 Broadway, 24th Floor
New York, New York 10013
Phone: (212) 416-8534
Fax: (212) 416-6075

SO ORDERED:

Dated:

_____
Gerard E. Lynch
United States District Judge